UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

DARRYL RUGGLES,

|  | Plaintiff, | **NOTICE OF REMOVAL** |

v.

HARBOR FREIGHT TOOLS USA, INC.,

Civil No.

Defendant.

_____

To:    THE CLERK OF THE COURT FOR THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Harbor Freight

Tools USA, Inc. ("Harbor Freight") files this Notice of Removal of the above-captioned

action filed by Plaintiff Darryl Ruggles in the Supreme Court of the State of New York,

County of Ontario, Index Number 140582-2024, which is captioned *Darryl Ruggles v. Harbor*

*Freight Tools, USA Inc.* (the "State Court Litigation").  In support of removal, Defendant

states as follows:

### SUMMARY

Defendant respectfully submits, as set forth below, that because complete

diversity of jurisdiction exists between the parties, and the amount in controversy exceeds

$75,000.00 exclusive of interests and costs, this Court has subject matter jurisdiction under

28 U.S.C. § 1332, and removal is proper.

### BACKGROUND

Plaintiff filed its Complaint on December 10, 2024, in the State of New York

Supreme Court, County of Ontario.  Harbor Freight accepted service on December 17,

1

2024.  Plaintiff's Complaint asserts four causes of action (negligence, defective product, breach of warranty/merchantability, and failure to warn) arising under state law. In accordance with 28 U.S.C. § 1446(a), true and correct copies of all proceedings, pleadings, motions, and orders in the State Court Litigation are attached to this Notice of Removal. *See* Index of State Court Filings, attached as Ex. A.[1]  To the best of Harbor Freight's knowledge, there have been no other proceedings, pleadings, motions, or orders filed or entered in the State Court Litigation.

## ARGUMENT

This action is removable pursuant to 28 U.S.C. § 1441(a) and (b) because complete diversity of citizenship exists between Plaintiff and Defendant Harbor Freight. 28 U.S.C. § 1332(a)(1). As explained below, all requirements for diversity jurisdiction are satisfied.

**A.      Complete Diversity of Citizenship Exists Between the Parties.**

Plaintiff resides in Ontario County, New York and is therefore a citizen of New York State for purposes of diversity jurisdiction.  *See* Ex. A, Complaint ¶ 1.  Harbor Freight is a corporation formed under the laws of the State of Delaware with its principal place of business in Calabasas, California.  Accordingly, for purposes of diversity jurisdiction, Harbor Freight is a citizen of Delaware and California.

Because Plaintiff is a citizen of New York, and Harbor Freight is a citizen of Delaware and California, complete diversity of citizenship exists to satisfy the requirements of 28 U.S.C. § 1332(a)(1), and jurisdiction may lie in this court.

---

[1] All references to exhibits herein are to those attached as Exhibit 1 with the accompanying index.

2

**B.**     **The Amount in Controversy Meets the Jurisdictional Threshold.**

Likewise, this action is removable because, upon information and belief, the amount in controversy exceeds the $75,000.00 statutory requirement. 28 U.S.C. § 1441(a) and (b); 28 U.S.C. § 1332(a). The Complaint does not seek a specific sum of damages. Pursuant to 28 U.S.C. § 1446(c)(2)(A)(ii), and upon information and belief, more than $75,000.00, exclusive of interest and costs, is in controversy in this action. In the Complaint, Plaintiff alleges that he sustained "serious injuries," and seeks damages and costs and disbursements for those injuries. *See* Ex. A, Complaint at ¶¶ 10, 13, 19, 26 and at 6. Thus, upon information and belief, the amount in controversy is in excess of the statutory jurisdictional amount.

**C.**     **All Other Statutory Requirements for Diversity Jurisdiction Are Satisfied.**

All other statutory requirements are also met. Removal is timely under 28 U.S.C. § 1446(b)(1) because this Notice is being filed within 30 days of service of Plaintiff's Complaint. Venue in this district is proper under 28 U.S.C. § 1441(a) because the state court where this lawsuit has been pending is located in this district.

Because complete diversity exists between the parties and upon information and belief the amount in controversy exceeds $75,000.00, this Court has subject matter jurisdiction under 28 U.S.C. § 1332, and removal is proper.

<u>**NOTICE TO STATE COURT**</u>

Pursuant to 28 U.S.C. § 1446(d), Defendant Harbor Freight certifies that it is simultaneously filing a notice of removal with New York State Supreme Court, County of Ontario. Pursuant to these statutes and in conformance with the requirements of 28 U.S.C. § 1446, Harbor Freight removes this action from State of New York Supreme Court, County

of Ontario, as of January 6, 2025. Harbor Freight respectfully requests that this action be removed to this Court, that this Court accept jurisdiction over this action, and that this action be entered on the docket of this Court for further proceedings as though this action had originally been instituted in this Court.

Dated:  January 6, 2025                      PHILLIPS LYTLE LLP

By: */s/*  Lisa L. Smith
    Lisa L. Smith
    One Canalside
    125 Main Street
    Buffalo, New York 14203
    Telephone No. (716) 847-8400
    lsmith@phillipslytle.com

    *Counsel for Defendant*
    *Harbor Freight Tools USA, Inc.*